# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00181-JCM-CWH |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| MARIA JIMENEZ-ESTRADA, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

Upon Motion of the government and pusuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Leave of Court is granted for the the government's dismissal without prejudice of the indictment in the above captioned case that was filed on July 2, 2018 against defendant MARIA JIMENEZ-ESTRADA..

Therefore, the Indictment in the above captioned case is hereby ordered dismissed without prejudice.

DATED this 23rd day of July 2018.

_____
UNITED STATES MAGISTRATE JUDGE